No. 520. SIGNAL-STAT CORPORATION *v.* LOCAL 475, UNITED ELECTRICAL, RADIO & MACHINE WORKERS OF AMERICA, (UE). C. A. 2d Cir. Certiorari denied. MR. JUSTICE BLACK took no part in the consideration or decision of this application. *Herbert Burstein* for petitioner. *David Scribner* and *Basil R. Pollitt* for respondent.

No. 616, Misc. BRODSON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Steven E. Keane* and *Victor M. Harding* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice* and *Joseph M. Howard* for the United States.

No. 674, Misc. CWIKLINSKI *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 677, Misc. LEBRON *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 682, Misc. SHERMAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Morris Lavine* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 700, Misc. STRAUCH *v.* NEW YORK. Appellate Division of the Supreme Court of New York, Fourth Judicial Department. Certiorari denied.

No. 709, Misc. WOODS *v.* CAVELL, WARDEN. Supreme Court of Pennsylvania, Western District. Certiorari denied.